IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01875–LTB–KMT

SHERYL T. ENGLEBY, and
ROBERT T. ENGLEBY,

    Plaintiffs,

v.

MATTHEW KAMINSKI,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Unopposed Motion to Modify Scheduling Order in Order to Extend and Modify the Expert Witness Disclosure Limitations and Deadlines" (Doc. No. 15, filed Jan. 26, 2012) is GRANTED. Section 9(d) of the Scheduling Order is modified as follows:

9(d.) Expert Witness Disclosure:
1. The parties shall identify anticipated fields of expert testimony, if any:
   a. Orthopedics
   b. Ski safety/accident reconstruction
   c. Rehabilitation
   d. Economic loss analysis
2. Limitations which the parties propose on the use or number of expert witnesses
   Four per side, excluding treatment physicians
3. Plaintiff shall designate expert witnesses on or before Friday, March 2, 2012.
Defendant shall designate expert witnesses on or before Monday, April 2, 2012.
4. Plaintiff shall file rebuttal designations on or before April 17, 2012.

Dated: January 27, 2012