**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01875-LTB-KMT

SHERYL T. ENGLEBY and
ROBERT T. ENGLEBY,

       Plaintiffs,

v.

MATTHEW KAMINSKI,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 44 - filed October 23, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   October 24, 2012